1040

[No. 14474–0–I.   Division One.   April 28, 1986.]

ROBERT HART, ET AL, *Appellants,* V. FARMERS
INSURANCE COMPANY OF WASHINGTON,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 83-2-13632-6, Rosselle Pekelis, J., entered
February 17, 1984. *Reversed* and *remanded* by unpublished
opinion per Webster, J., concurred in by Ringold, A.C.J.,
and Coleman, J.

[No. 7560–1–II.   Division Two.   April 29, 1986.]

LESLIE BARNETT, ET AL, *Respondents,* V. WILHELM
ELLWANGER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82-2-01506-2, Arthur W. Verharen, J., entered
December 30, 1983. *Affirmed* by unpublished opinion per
Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.

[No. 6166–0–II.   Division Two.   April 29, 1986.]

*In the Matter of the Marriage of* LAWANA JOY
BRUNER, *Respondent, and* GARRY DALE
BRUNER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 299507, Waldo F. Stone, J., entered February
11, 1982. *Reversed* and *remanded* by unpublished opinion
per Alexander, J., concurred in by Reed, A.C.J., and Petrie,
J. Pro Tem.